# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**MARQUET KABRONE REESE** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER:  **CR 99-00212-001**<br>USM NUMBER:   **07429-003** |
| **THE DEFENDANT:** | Peter J. Madden<br>**Defendant's Attorney** |

(x) admitted guilt to violation of supervision condition(s):  Mandatory Condition

( ) was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Mandatory Condition | New Offense | 10/1/08 |

   The defendant is sentenced as provided in pages 2 through ___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| | August 28, 2009 |
| **Defendant's Residence Address:**<br>1110 Arlington Street<br>Mobile, AL  36604 | Date of Imposition of Judgment<br><br>s/ Kristi K. DuBose<br>UNITED STATES DISTRICT JUDGE<br><br>September 14, 2009<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **MARQUET KABRONE REESE**
Case Number: **CR 99-00212-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of  **TWENTY-NINE (29) MONTHS; said term to run concurrently with the custody sentence imposed in the new federal case, CR 08-00326-001** . **No SRT to follow**.

( )  The court makes the following recommendations to the Bureau of Prisons:

(X)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:
  ( )  at __ .m. on __.
  ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( )  before 2 p.m. on ____.
  ( )  as notified by the United States Marshal.
  ( )  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal